# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADELE CHATELLIER, | CIVIL ACTION |
| Plaintiff, | |
| v. | No.: 2:25-cv-242 |
| LM GENERAL INSURANCE COMPANY t/d/b/a LIBERTY MUTUAL INSURANCE | JURY TRIAL DEMANDED |
| Defendant. | |

## NOTICE OF REMOVAL

AND NOW, comes Defendant LM General Insurance Company, by and through its counsel, MARSHALL DENNEHEY, P.C. and PATRICIA A. MONAHAN, ESQUIRE, and files the within Notice of Removal, as follows:

1. Plaintiff commenced this action on January 21, 2025 by filing a Complaint in the Court of Common Pleas of Beaver County, Pennsylvania, at Docket Number: 10100-2025. (A true and correct copy of the Complaint is attached hereto and marked as Exhibit "A").

2. Defendant was served with Plaintiff's Complaint on January 28, 2025.

3. Plaintiff Adele Chatellier avers that she resides at 305 Lincoln Ave., Pittsburgh, PA 15206. (Exhibit "A", ¶ 1). Therefore, upon information and belief, Plaintiff is a citizen of the Commonwealth of Pennsylvania.

4. LM General Insurance Company is a company organized and existing under the laws of the state of Illinois, with its principal place of business located at 175 Berkley Street, Boston, MA 02116.

5. In her Complaint, Plaintiff alleges claims against Defendant for breach of contract and statutory bad faith pursuant to 42 Pa.C.S.§ 8371.

6. Based upon the allegations of Plaintiff's Complaint, including her claims for $85,000 in underinsured motorist benefits. (Exhibit "A", p. 22).

7. The alleged amount in controversy is therefore in excess of $75,000, exclusive of interest and costs.

8. This Honorable Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000.

9. The present lawsuit is removable from state Court to this Honorable Court by notice pursuant to 28 U.S.C. §§ 1441 and 1446.

10. This Notice of Removal is timely under 28 U.S.C. § 1446(b).

11. A true and correct copy of the Court of Common Pleas of Beaver County's Docket is attached hereto and marked as Exhibit "B".

12. Written notice of the filing of this Notice of Removal has been given to Plaintiff in accordance with 28 U.S.C. § 1446(d) and as noted in the attached Certificate of Service.

13. Immediately following the filing of this Notice of Removal, Defendant will file a copy of a Notice of Filing of Notice for Removal with the Prothonotary of the Court of Common Pleas of Beaver County, Pennsylvania, where the state Court action was pending, as required by 28 U.S.C. § 1446(d). A true and correct copy of Defendant's Notice of Filing of Notice of Removal is attached hereto and marked as Exhibit "C".

WHEREFORE, LM General Insurance Company respectfully requests the removal of this action from the Court of Common Pleas of Beaver County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

By: *Patricia A. Monahan*
Patricia A. Monahan, Esquire
PA ID #58784
501 Grant Street
Union Trust Building, Suite 700
Pittsburgh, PA 15219
Email: pamonahan@mdwcg.com
Phone: 412-803-1151
*Counsel for Defendant, LM General Insurance Company*

LEGAL/167154458.1